■ ANNA CICHON, Appellant, v CATHOLIC WAR VETERANS SAINT MICHAEL'S POST 666, INC., Respondent. [618 NYS2d 570] — Appeal by the plaintiff from an order of the Supreme Court, Queens County (Lonschein, J.), dated July 1, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lonschein at the Supreme Court. Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.